UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-6228-MWF (PLAx)**                                Dated: **October 29, 2014**

Title:      Gilbert Salinas -*v*- Jeffrey Fader, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Kamilla Sali-Suleyman                                        None Present
    Courtroom Deputy                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):       COURT ORDER

     In light of the Order Re: Notice of Settlement filed on October 27, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for December 15, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

     IT IS SO ORDERED.

MINUTES FORM 90                                                           Initials of Deputy Clerk   kss
CIVIL - GEN